Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
110 West 'C' Street, Suite 2018
San Diego, CA 92101
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Puthuff,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Lenahan Law Office,<br><br>　　　　　Defendant. | **1: 05 CV 00617 AWI DLB**<br><br>**PLAINTIFF'S REQUEST TO WAIVE ORAL ARGUMENT**<br><br>**JUDGE: HON. MAGISTRATE JUDGE DENNIS L. BECK**<br><br>**MOTION DATE**: SEPTEMBER 16, 2005<br>**TIME**: 9:00 A.M. |

**PLAINTIFF, THROUGH HIS ATTORNEY OF RECORD** hereby makes the following request with regard to the above-listed noticed motion:

//

//

//

//

1. Plaintiff submits on his respective pleadings and waives oral argument under Local Rule 78-230(h), currently scheduled for September 16, 2005 at 9:00 a.m. in the United States District Court, Eastern District of California

Respectfully submitted,

**HYDE & SWIGART**

___/s/_____
Joshua B. Swigart, Esq.
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: September 13, 2005         _/s/ Dennis L. Beck___
                                  U.S. MAGISTRATE JUDGE